UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Alfred D. Porter, | Case No. 2:23-cv-00551-CDS-VCF |
| Plaintiff | **Order Adopting Magistrate Judge's Report & Recommendation and Closing Case** |
| v. | [ECF No. 7] |
| Laborers Union Local 872, et al., | |
| Defendants | |

Magistrate Judge Cam Ferenbach recommended that I dismiss this action based on pro se plaintiff Alfred D. Porter's failure to file an amended complaint and for failing to update his address as required by the local rules. *See generally,* R&R, ECF No. 7 (citing order, ECF No. 5). Judge Ferenbach's order dismissed Porter's complaint without prejudice and ordered him to file an amended complaint addressing the identified deficiencies, and to update his address within 30 days. ECF No. 5 at 4. That same order advised Porter that his failure to file an amended complaint and to update his address by May 24, 2023, would result in Porter waiving his right to appeal the District Court's order and the dismissal of this action. *Id.* at 5. Porter was also advised that he had 14 days to file an objection to that order. *Id.* at 4–5.

Porter did not respond to that order or file any objection to the same so Judge Ferenbach recommended that this case be dismissed without prejudice. ECF No. 7. Under this district's local rules, the deadline for Porter to object to the R&R was June 13, 2023. *See* LR IB 3-2(a) (stating that parties wishing to object to the R&R must file objections within fourteen days). As of the date of this order, Porter has neither objected to the R&R nor has he requested more time to do so. Accordingly, with no objection filed, I adopt Magistrate Judge Ferenbach's R&R in its entirety.

1    "[N]o review is required of a magistrate judge's report and recommendation unless

2  objections are filed." *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *Thomas v. Arn*,

3  474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). I

4  nonetheless reviewed Judge Ferenbach's R&R and agree with his findings; the complaint fails to

5  state a claim or claims upon which relief can be granted.

6        IT IS THEREFORE ORDERED that Magistrate Judge Ferenbach's Report and

7  Recommendation **[ECF No. 7] is ADOPTED** in its entirety. This case is dismissed without

8  prejudice. The Clerk of Court is instructed to enter judgment accordingly and close the case.

9        DATED June 20, 2023

10

11                                              _____
                                                Cristina D. Silva
12                                              United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26